NOTE: CHANGES MADE BY THE COURT

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBER DEFENSE GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CONOR D. SHERMAN, an individual,<br><br>Defendants. | Case No. 2:22-cv-03291-JFW (MAAx)<br>Honorable John F. Walter<br>Crtrm: 7A<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CONOR D. SHERMAN, an individual,<br><br>Cross-Complainant<br><br>v.<br><br>CYBER DEFENSE GROUP, LLC, a California limited liability company; and LOU RABON, an individual,<br><br>Cross-Defendants | |

Pursuant to the Settlement Agreement between Plaintiff CYBER DEFENSE GROUP, LLC, Cross-Defendant LOU RABON, Defendant CONOR D. SHERMAN, and Defendant EZCATER, INC. (collectively, the "Parties"), and as requested in Parties' "Stipulation of Dismissal and Request for Order of Jurisdiction,"

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

All claims and defenses raised by the parties in the above captioned case are hereby dismissed, with prejudice;

Each party shall bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: February 22, 2023

*[signature]*
U.S. District Judge John F. Walter

1